Neal Walters (020901993)
Casey Watkins (060122014)
Kristen Petagna
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
(856) 761-3400
(856) 761-1020 fax
waltersn@ballardspahr.com
watkinsc@ballardspahr.com
petagnak@ballardsparh.com

Attorneys for Defendant Subaru of America, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Allan Zaback, Brent Garrett, James Jones, Randy Robbie, and Brittany Funk,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs;<br><br>v.<br><br>**Subaru of America, Inc.,**<br><br>Defendants. | Case No. 1:20-cv-02845-RBK-JS<br><br>**Stipulated Consent Order to Consolidate and Set Briefing Schedule** |

Defendant, Subaru of America, Inc. ("SOA"), on behalf of, and with the consent of Plaintiffs (collectively, the "Parties"), hereby make this application pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure and Magistrate Judge Schneider's Orders consolidating actions and appointing interim co-lead class counsel under the docket of *Powell v. Subaru of America, Inc.*, No. 19-19114-NLH-JS (D.N.J.) (ECF Nos. 25–26) for the consolidation of this action (the "*Zaback* claims") with the *Powell* action.

DMEAST #40889440 v1

The Parties have conferred and agree that the *Zaback* claims are related to the *Powell* action and involve similar allegations of law and fact concerning the alleged defect in the Class Vehicles. The Parties agree that Magistrate Schneider's January 29, 2020 Order entered in the *Powell* action (ECF No. 26) applies to this action and that under paragraph 4 of that Order, the *Zaback* claims should be consolidated with the *Powell* action.

The Parties further stipulate that Defendant shall have until May 13, 2020, to file a supplemental motion to dismiss applicable to the *Zaback* claims, not to exceed 20 pages in 12-point nonproportional font, with the intent that such motion will be decided along with the previously filed motion to dismiss in *Powell*. Plaintiffs in the consolidated *Powell* action will have until May 28, 2020, to file a consolidated opposition brief to SOA's and Subaru Corporation's previously filed motion to dismiss and the supplemental motion concerning the *Zaback* claims, not to exceed 50 pages in 12-point nonproportional font. Defendants will have until June 15, 2020, to file a consolidated reply brief in response to Plaintiffs' consolidated opposition brief.

**STIPULATED AND AGREED** on April 28, 2020.

| | |
|---|---|
| *s/Michael Wenkowitz* | *s/Casey Watkins* |
| Michael M. Weinkowitz | Neal Walters (020901993) |
| Levin Sedran & Berman LLP | Casey Watkins (060122014) |
| 510 Walnut Street | BALLARD SPAHR LLP |
| Suite 500 | 210 Lake Drive East, Suite 200 |
| Philadelphia, PA 19106 | Cherry Hill, NJ 08002 |
| (215) 592-1500 | (856) 761-3400 |
| mweinkowitz@lfsblaw.com | (856) 761-1020 fax |
| | waltersn@ballardspahr.com |
| Attorneys for Plaintiffs Allan Zaback, Brent Garrett, James Jones, Randy Robbie, and Brittany Funk | watkinsc@ballardspahr.com |
| | Attorneys for Defendant Subaru of America, Inc. |

DMEAST #40889440 v1

2

s/Peter Muhic
Peter A. Muhic
LEVAN LAW GROUP LLC
One Logan Square
27th Floor
Philadelphia, PA 19103
(215) 561-1500
pmuhic@levanlawgroup.com

Interim Co-Lead Counsel in *Powell* consolidated action

## ORDER

This Court has considered the attached stipulation, and for good cause shown,

**IT IS ORDERED** that:

1. This action is consolidated for all purposes under the docket of *Powell v. Subaru of America, Inc.*, No. 1:19-cv-19114-NLH-JS. The Clerk of the Court shall close the *Zaback* case.

2. Defendant shall file a supplemental motion to dismiss, not to exceed 20 pages in 12 point non-proportional font, addressing the claims asserted in the *Zaback* action by May 13, 2020;

3. Plaintiffs shall file a consolidated opposition brief, not to exceed 50 pages in 12 point non-proportional font, addressing all of Defendants' motion to dismiss arguments by May 28, 2020; and

4. Defendants shall file their reply brief in further support of their motions to dismiss by June 15, 2020.

_____
Text Hon. Joel Schneider, U.S.M.J.

Dated: _____  April 29, 2020